UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of | Case No. 24-4191 MB |
|---|---|
| Structures within a fenced compound in Tuba City, Arizona: One travel trailer located at GPS Coordinates 36.120122, -111.237268, one white house with a brown roof located at GPS Coordinates 36.120589, -11.237152 and two outlying buildings. | |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  July 4, 2024   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on duty in the District of Arizona.

 Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for ___ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

*Camille D. Bibles*
Digitally signed by Camille D. Bibles
Date: 2024.06.20 23:28:04 -07'00'

Date: _____                                               _____
                                                                                                        *Judge's signature*

City and state:  Flagstaff, Arizona                     Honorable Camille D. Bibles, U.S. Magistrate Judge
                                                                                                 *Printed name and title*

## ATTACHMENT A

Property to be searched

The property to be searched is: multiple structures within a fenced compound in Tuba City, Arizona, specifically, one travel trailer located at GPS Coordinates 36.120122, -111.237268, one white house with a brown roof located at GPS Coordinates 36.120589, -11.237152 and two outlying buildings.



The white house with a brown roof is located at GPS Coordinates 36.120589, -11.237152.



## ATTACHMENT B

Items to be Searched for and Seized

1. Any evidence of assault and murder, including but not limited to blood evidence, dried blood, biological substances that appear to be blood, which may be found on surfaces in the interior of the buildings.

2. Any firearm, ammunition, bullet cartridge casings, or magazines, or weapon or items that could be used as a weapon or pieces/parts of a weapon related to the homicide/assault investigation.

3. Electronic communication devices, including, but not limited to cellular telephones, tablets, and associated removable media (such as SIM or removable memory cards), believed to have belonged to or to have been used by the occupants.

4. Indicia of occupancy and/or ownership of the premises, including mail showing a person's address, receipts, identification cards, and photographs of the items inside the premises.

5. Photographs and/or video of the premises and the items seized.

# UNITED STATES DISTRICT COURT

for the

### District of Arizona

| | |
|---|---|
| **In the Matter of the Search of** ) <br> ) <br> Structures within a fenced compound in Tuba City, ) <br> Arizona: One travel trailer located at GPS ) <br> Coordinates 36.120122, -111.237268, one white ) <br> house with a brown roof located at GPS ) <br> Coordinates 36.120589, -11.237152 and two ) <br> outlying buildings. | Case No. 24-4191 MB |

## APPLICATION FOR A SEARCH WARRANT

I, Special Agent Jenifer Mulhollen, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the District of Arizona.

**See ATTACHMENT A**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See ATTACHMENT B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of

18 U.S.C. §§ 1153, 1111 (CIR – Second Degree Murder)
18 U.S.C. §§ 1153, 113(a)(6) (CIR – Assault Resulting in Serious Bodily Injury)
☒ Continued on the attached sheet: (see attached affidavit) further, the affidavit in support of this Search Warrant is herein incorporated by reference.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103 A, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Tracy Van Buskirk *JVB*

Date: _____

JENIFER MULHOLLEN
Digitally signed by JENIFER MULHOLLEN
Date: 2024.06.20 23:08:50 -07'00'

*Applicant's signature*

Jenifer Mulhollen, Special Agent
*Printed name and title*

Telephonically sworn.

Date: _____

City and state: _____Flagstaff, Arizona_____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2024.06.20 23:27:09 -07'00'

*Judge's signature*

Hon. Camille D. Bibles, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

Property to be searched

The property to be searched is: multiple structures within a fenced compound in Tuba City, Arizona, specifically, one travel trailer located at GPS Coordinates 36.120122, -111.237268, one white house with a brown roof located at GPS Coordinates 36.120589, -11.237152 and two outlying buildings.



The white house with a brown roof is located at GPS Coordinates 36.120589, -11.237152.



## ATTACHMENT B

Items to be Searched for and Seized

1. Any evidence of assault and murder, including but not limited to blood evidence, dried blood, biological substances that appear to be blood, which may be found on surfaces in the interior of the buildings.

2. Any firearm, ammunition, bullet cartridge casings, or magazines, or weapon or items that could be used as a weapon or pieces/parts of a weapon related to the homicide/assault investigation.

3. Electronic communication devices, including, but not limited to cellular telephones, tablets, and associated removable media (such as SIM or removable memory cards), believed to have belonged to or to have been used by the occupants.

4. Indicia of occupancy and/or ownership of the premises, including mail showing a person's address, receipts, identification cards, and photographs of the items inside the premises.

5. Photographs and/or video of the premises and the items seized.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT IN SUPPORT
OF AN APPLICATION FOR A SEARCH WARRANT**

I, FBI Special Agent Jenifer J. Mulhollen, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) since February 2013. As a SA of the FBI, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. In the course of my official duties, I am charged with the investigation of crimes occurring on the Navajo Nation Indian Reservation (Navajo Nation) within the District of Arizona. Based on my training, education, and experience, I know that the Navajo Nation Tribe is federally recognized.

2. The information contained in this affidavit comes from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**INTRODUCTION**

3. This matter involves the death investigation of K.L. and shooting of M.W. by Darren Tallman aka "Debo" in Tuba City, Arizona, on the Navajo Nation, that occurred on June 20, 2024. K.L. and M.W.'s full names are known to me.

1

4.      This affidavit supports the application for a search warrant authorizing the search of a travel trailer, and a white house with a brown roof, and two outlying buildings/shacks, which are all part of one compound that is surrounded by a fence. There is one additional residence within the fenced compound that agents are not seeking to search. There is probable cause to believe that the travel trailer, white house with brown roof, and outlying buildings, contain evidence of Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 1153 and 113(a)(6), and Second Degree Murder, in violation of 18 U.S.C. §§ 1153 and 1111.

5.      The travel trailer, house, and outlying buildings are particularly described in **Attachment A**. The evidence being sought is particularly described in **Attachment B**.

### PROBABLE CAUSE

6.      On June 20, 2024, at approximately 7:53 p.m (Reservation Time), Navajo Nation Criminal Investigator (CI) Phylisia Todecheene was notified by Navajo Nation Tuba City dispatch of a shooting that occurred south of the Kentucky Fried Chicken in Tuba City, Arizona on a family compound located at GPS coordinates 36.120590, -111.237140 (scene).

7.      CI Todecheene responded to the scene where she was informed that two people were shot and taken to the Tuba City Regional Healthcare facility in Tuba City, Arizona. CI Todecheene was also informed by Navajo Nation Police Sgt. Simeona that the suspect, later identified as Darren Tallman, an Indian male, was barricaded inside the white house with brown roof within the family compound. Sgt. Simeona informed CI

Todecheene that witnesses in the neighborhood saw Darren run into the white house with brown roof.

8. CI Todecheene responded to the Tuba City Regional Healthcare hospital where she was informed, K.L., was pronounced deceased. K.L. sustained a gunshot wound to her lower mandible below her ear, and the bullet exited K.L.'s face on the other side. At this time, it is unknown which side of K.L.'s face sustained the entry and exit wound. CI Todecheene confirmed from a medical document that K.L. is an enrolled member of Navajo Nation with an assigned census number.

9. CI Todecheene interviewed a surviving victim, M.W., who sustained a gunshot wound to his front right shoulder near the clavicle, and the bullet exited near the base of the M.W.'s neck. M.W. described sitting in the travel trailer talking with multiple people who were present. M.W. stated the following people were present inside the travel trailer: his cousin-brother, Matthew McCabe, victim K.L., Nicholas Last Name Unknown (LNU), Caucasian female Anne LNU, and his Aunt Vicki LNU. M.W. heard a male yelling, "He better not be in there." M.W.'s Aunt Vicki looked out the window and yelled, "He has a gun, he has a gun." M.W. ducked down low and heard two gunshots. M.W. saw one bullet hit a door, and then he saw K.L. was shot and bleeding from her neck. Moments later, M.W. felt a bullet hit his back. M.W. yelled out that he was "hit." Everyone inside the travel trailer was screaming. Aunt Vicki yelled out to the shooter, "What's wrong with you. You shot M.W. and K.L." Aunt Vicki yelled out, "Debo has a gun." M.W. knows "Debo" as his cousin-brother, Darren Tallman. M.W. clarified that Darren stood outside the travel trailer and shot through it. The gun sounded like a handgun. While M.W. was

3

lying on the floor of the travel trailer, he could see bullet casings on the ground outside the travel trailer. M.W. was sitting to the right of the front door, next to a bike and some dishes. K.L. was seated to the left of the front door. Aunt Vicki was also seated near the door. Nicholas was seated in front of Aunt Vicki in front of couch. Matthew McCabe was inside the backroom. M.W. was not sure about Anne LNU's location inside the trailer. M.W. described "Debo" was wearing a grey t-shirt, black pants, and a red and black hat.

10. FBI Agents responded to the scene and provided the following GPS coordinates for the travel trailer, 36.120122, -111.237268 where the shooting occurred, which is within the confines of the Navajo Nation Indian Reservation. FBI Agents confirmed with Navajo Nation police that Darren Tallman had barricaded himself at the white house with a brown roof within the family compound located at GPS coordinates, 36.120589, -11.237152.

11. FBI Agents interviewed a witness, Jane Doe (a juvenile whose real name is known to me), who is a niece to "Debo." Jane Doe resides in the white house with a brown roof on the family compound, GPS coordinates 36.120589, -11.237152. Jane Doe was inside her residence when the shooting occurred and heard the gunshots. When Jane Doe went outside after hearing the gunshots, she saw two people being treated by EMS and a third person who must not have been shot "badly" walk off. When walking back into the white house with a brown roof, "Debo" came up from behind her and went into the house with her. Jane Doe observed that "Debo" was nervous and had a gun. "Debo" instructed Jane Doe to close the curtains. Later, "Debo's" mother came to the residence and got Jane Doe out of the house.

12. The Navajo Nation SWAT team conducted a surround and call out on the family compound. Darren Tallman, AKA: Debo, appeared out of one of outlying buildings/shack that is located approximately 50 feet away from the white residence with brown roof (main residence). Darren was taken into tribal custody without incident.

## THINGS TO BE SEARCHED FOR AND SEIZED

13. Based on the foregoing, your Affiant seeks permission to search the travel trailer, the white house with a brown roof and two outlying buildings described in **Attachment A,** for the firearms-related evidence pertaining to the Murder of K.L. and Assault Resulting in Serious Bodily Injury of M.W.

14. The things to be searched for and seized are described further in **Attachment B**.

## CONCLUSION

15. Based on the information in this affidavit, your Affiant respectfully submits there is probable cause to believe that evidence described in **Attachment B,** supporting an investigation related to a violation of 18 U.S.C. §§ 1153 and 113(a)(6), Assault Resulting in Serious Bodily Injury, and 18 U.S.C. §§ 1153 and 1111, Second Degree Murder will be discovered in the structures described in **Attachment A**.

/ / /

/ / /

/ / /

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

JENIFER MULHOLLEN
Digitally signed by JENIFER MULHOLLEN
Date: 2024.06.20 23:07:35 -07'00'

Jenifer J. Mulhollen
Special Agent, FBI

Date

**Sworn by Telephone**

Date/Time:

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2024.06.20 23:26:13 -07'00'

Honorable Camille D. Bibles
United States Magistrate Judge

6